| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LOBEL WEILAND GOLDEN FRIEDMAN LLP<br>William N. Lobel, State Bar No. 93202<br>wlobel@lwgfllp.com<br>Alan J. Friedman, State Bar No. 132580<br>afriedman@lwgfllp.com<br>Beth E. Gaschen, State Bar No. 245894<br>bgaschen@lwgfllp.com<br>Christopher J. Green, State Bar No. 295874<br>cgreen@lwgfllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California  92626<br>Telephone:    (714) 966-1000<br>Facsimile:    (714) 966-1002<br><br>☐ Individual appearing without attorney<br>☒ [Proposed] Attorneys for: Debtors and Debtors-in-Possession | **FILED** NOV - 2 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>**ENTERED** NOV - 2 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*,<br>Debtor(s) | LEAD CASE NO.: 8:15-bk-15311-MW<br>CHAPTER: 11<br>JOINTLY ADMINISTERED WITH: |
|---|---|
| In re:<br><br>(See attached)<br>Debtor(s) | ☒ See attached for additional Case Numbers |
| ☒ Affects All Debtors<br>☒ See attached for additional Debtors<br><br>Debtor(s) | **ORDER** ☒ **GRANTING** ☐ **DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>[LBR 1015-1, 9013-1(q)]<br><br>[No Hearing Required] |

On (date) November 2, 2015 a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re Freedom Communications, Inc., case number 8:15-bk-15311-MW.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014 Doc# 29446                                    Page 1                    F 1015-1.1.ORDER.JOINT.ADMINISTRATION

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is: ☒ Granted  ☐ Denied

2. Promptly upon entry of an order granting a motion to approve joint administration:

    a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:

    a. The Debtors are authorized to use the docket of Freedom Communications, Inc. for administrative matters, including the filing, lodging and docketing of pleadings and orders, and parties in interest shall use the caption attached to the motion as Exhibit "1";

    b. The Debtors are authorized to combine notices to creditors and parties in interest;

    c. The Debtors are authorized to schedule joint hearings;

    d. The Debtors are authorized to combine financial reporting by the Debtors as follows, for the monthly operating reports, the Debtors will provide: (1) a consolidated profit and loss statement: (2) individual profit and loss statements for each of the seven operating debtors; (3) a consolidated balance sheet; (4) individual balance sheets for each of the seven operating debtors; and (5) a breakdown of disbursements, debtor by debtor (including both operating debtors and non-operating debtors although the latter reports presumably will show only zeroes);

///

///

///

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014 Doc# 29446                    Page 2                    F 1015-1.1.ORDER.JOINT.ADMINISTRATION

e. The seven operating Debtors (Freedom Communications, Inc.; Freedom Communications Holdings, Inc.; Freedom SPV II, LLC; Freedom SPV VI, LLC; Freedom Services, Inc.; 2100 Freedom, Inc.; and OCR Community Publications, Inc.) will be jointly and severally liable for all of the jointly administered estates' allowed professional fees and expenses; and

f. The joint handling of other administrative matters for the Debtors is authorized.

###

Date: November 2, 2015

HONORABLE MARK S. WALLACE
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014 Doc# 29446                    Page 3                    F 1015-1.1.ORDER.JOINT.ADMINISTRATION

*In re Freedom Communications Holdings, Inc.*, a Delaware corporation (Case No. 8:15-bk-15312-MW);

*In re Freedom Services, Inc.*, a Delaware corporation (Case No. 8:15-bk-15313-MW)

*In re 2100 Freedom, Inc.*, a Delaware corporation (Case No. 8:15-bk-15315-MW);

*In re OCR Community Publications, Inc.*, a California corporation (Case No. 8:15-bk-15316-MW);

*In re Daily Press, LLC*, a California limited liability company (Case No. 8:15-bk-15317-MW);

*In re Freedom California Mary Publishing, Inc.*, a California corporation (Case No. 8:15-bk-15318-MW);

*In re Freedom California Ville Publishing Company LP*, a California limited partnership (Case No. 8:15-bk-15319-MW);

*In re Freedom Colorado Information, Inc.*, a Delaware corporation (Case No. 8:15-bk-15320-MW);

*In re Freedom Interactive Newspapers, Inc.*, a California corporation (Case No. 8:15-bk-15321-MW);

*In re Freedom Interactive Newspapers of Texas, Inc.*, a Delaware corporation (Case No. 8:15-bk-15322-MW).

*In re Freedom Newspaper Acquisitions, Inc.*, a Delaware corporation (Case No. 8:15-bk-15323-MW);

*In re Freedom Newspapers*, a Texas general partnership (Case No. 8:15-bk-15324-MW);

*In re Freedom Newspapers, Inc.*, a Delaware corporation (Case No. 8:15-bk-15325-MW);

*In re Freedom Newspapers of Southwestern Arizona, Inc.*, a California corporation (Case No. 8:15-bk-15326-MW);

*In re OCR Information Marketing, Inc.*, a California corporation (Case No. 8:15-bk-15327-MW);

*In re Odessa American*, a Texas general partnership (Case No. 8:15-bk-15328-MW);

*In re Orange County Register Communications, Inc.*, a California corporation (Case No. 8:15-bk-15329-MW);

*In re Victor Valley Publishing Company*, a California corporation (Case No. 8:15-bk-15330-MW);

*In re Victorville Publishing Company*, a California limited partnership (Case No. 8:15-bk-15332-MW);

*In re Freedom SPV II, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15337-MW);

*In re Freedom SPV VI, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15339-MW);

*In re Freedom SPV I, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15340-MW);

*In re Freedom SPV IV, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15342-MW); and

*In re Freedom SPV V, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15343-MW).