| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William N. Lobel, State Bar No. 93202<br>wlobel@lwgfllp.com<br>Alan J. Friedman, State Bar No. 132580<br>afriedman@lwgfllp.com<br>Beth E. Gaschen, State Bar No. 245894<br>bgaschen@lwgfllp.com<br>LOBEL WEILAND GOLDEN FRIEDMAN LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California  92626<br>Telephone: (714) 966-1000; Facsimile: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors and Debtors-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  Santa Ana Division**

| | |
|---|---|
| In re: FREEDOM COMMUNICATIONS, INC., a Delaware corporation; et al.<br><br>Debtor(s)<br>------------------------------------------------------------------<br>In re: (See Attached)<br><br><br><br><br>Debtor(s)<br>_____ | LEAD CASE NO.: 8:15-bk-15311-MW<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>☒ See attached for additional Case Numbers |
| ☒ Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors<br><br>Debtor(s) | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES:  An order was entered on (*date*) 11/02/2015    granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as ~~the caption of this notice.~~ Exhibit "1" to the Motion.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                              Page 1                          **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:


Date: 11/06/2015                                    By: /s/ BETH E. GASCHEN
                                                           Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                            Page 2                    **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

*In re Freedom Communications Holdings, Inc.*, a Delaware corporation (Case No. 8:15-bk-15312-MW);

*In re Freedom Services, Inc.*, a Delaware corporation (Case No. 8:15-bk-15313-MW)

*In re 2100 Freedom, Inc.*, a Delaware corporation (Case No. 8:15-bk-15315-MW);

*In re OCR Community Publications, Inc.*, a California corporation (Case No. 8:15-bk-15316-MW);

*In re Daily Press, LLC*, a California limited liability company (Case No. 8:15-bk-15317-MW);

*In re Freedom California Mary Publishing, Inc.*, a California corporation (Case No. 8:15-bk-15318-MW);

*In re Freedom California Ville Publishing Company LP*, a California limited partnership (Case No. 8:15-bk-15319-MW);

*In re Freedom Colorado Information, Inc.*, a Delaware corporation (Case No. 8:15-bk-15320-MW);

*In re Freedom Interactive Newspapers, Inc.*, a California corporation (Case No. 8:15-bk-15321-MW);

*In re Freedom Interactive Newspapers of Texas, Inc.*, a Delaware corporation (Case No. 8:15-bk-15322-MW).

*In re Freedom Newspaper Acquisitions, Inc.*, a Delaware corporation (Case No. 8:15-bk-15323-MW);

*In re Freedom Newspapers*, a Texas general partnership (Case No. 8:15-bk-15324-MW);

*In re Freedom Newspapers, Inc.*, a Delaware corporation (Case No. 8:15-bk-15325-MW);

*In re Freedom Newspapers of Southwestern Arizona, Inc.*, a California corporation (Case No. 8:15-bk-15326-MW);

*In re OCR Information Marketing, Inc.*, a California corporation (Case No. 8:15-bk-15327-MW);

*In re Odessa American*, a Texas general partnership (Case No. 8:15-bk-15328-MW);

*In re Orange County Register Communications, Inc.*, a California corporation (Case No. 8:15-bk-15329-MW);

*In re Victor Valley Publishing Company*, a California corporation (Case No. 8:15-bk-15330-MW);

*In re Victorville Publishing Company*, a California limited partnership (Case No. 8:15-bk-15332-MW);

*In re Freedom SPV II, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15337-MW);

*In re Freedom SPV VI, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15339-MW);

*In re Freedom SPV I, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15340-MW);

*In re Freedom SPV IV, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15342-MW); and

*In re Freedom SPV V, LLC*, a Delaware limited liability company (Case No. 8:15-bk-15343-MW).